_EMMET DARNELL WALL_ T455686
Name and Prisoner/Booking Number

_4TH AVENUE JAIL_
Place of Confinement

_3750 W. LOWER BUCKEYE ROAD_
Mailing Address

_Phoenix, Arizona 85009_
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
                            FILED          LODGED
                            RECEIVED       COPY

                            AUG 0 7 2019

                        CLERK U S DISTRICT COURT
                         DISTRICT OF ARIZONA
                    BY      DXD          DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_EMMET DARNELL WALL_                        ,
(Full Name of Plaintiff)

                Plaintiff,

v.

(1) _JERI WILLIAMS (CHIEF OF POLICE)_ ,
(Full Name of Defendant)

(2) _MULLEN DUSTEN #09721 (PPD STAFF)_ ,

(3) _BYRD #7491          (PPD STAFF)_ ,

(4) _MURPHY DAVID #0867  (PPD STAFF)_ ,

                Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:19-CV-02981-JAT--JFM
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____ .

2.  Institution/city where violation occurred: _Phoenix, Arizona_ .

Revised 3/11/16                                    1                                **550/555**

## B.   DEFENDANTS

1.   Name of first Defendant: _Teri Williams, et. al._ .  The first Defendant is employed as: _Chief of Police_ at _CITY OF Phoenix Police Department_ .
(Position and Title)
(Institution)

2.   Name of second Defendant: _DUSTEN MULLEN #09221_ .  The second Defendant is employed as: as: _____ at _CITY OF Phoenix Police Department_ .
(Position and Title)
(Institution)

3.   Name of third Defendant: _DAVID MURPHY #06867_ .  The third Defendant is employed as: _____ at _CITY OF Phoenix Police Department_ .
(Position and Title)
(Institution)

4.   Name of fourth Defendant: _SCOTT T. LINKER #07700_ .  The fourth Defendant is employed as: _____ at _CITY OF Phoenix Police Department_ .
(Position and Title)
(Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.   PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☒ No

2.   If yes, how many lawsuits have you filed? _____ .   Describe the previous lawsuits:

    a.   First prior lawsuit:
       1.   Parties: _____ v. _____
       2.   Court and case number: _____
       3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    b.   Second prior lawsuit:
       1.   Parties: _____ v. _____
       2.   Court and case number: _____
       3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    c.   Third prior lawsuit:
       1.   Parties: _____ v. _____
       2.   Court and case number: _____
       3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

ATTACHMENT 1

LINKER SCOTT # 7700 IS EMPOLYED BY PHOENIX POLICE
DEPARTMENT.

ATTACHMENT 2

ZABATKA COLBERT #07491 IS EMPOLYED BY PHOENIX
POLICE DEPARTMENT.

ATTACHMENT 3

HALE          #05184 IS EMPOLVED BY PHOENIX POLICE
DEPARTMENT.

ATTACHMENT 4

DENNY BARNEY IS EMPOLYED THROUGH MARICOPA COUNTY BOARD
OF SUPERVISORS.

ATTACHMENT 5

STEVE CHUCRT IS EMPOLYED THROUGH MARICOPA COUNTY BOARD
OF SUPERVISORS.

ATTACHMENT 6

BILL GATES IS EMPLOYED THROUGH MARICOPA COUNTY BOARD
OF SUPERVISORS.

ATTACHMENT 7

CLINT HICKMAN IS EMPOLYED THROUGH MARICOPA COUNTY BOARD
OF SUPERVISORS.

ATTACHMENT 8

STEVE GALLARDO IS EMPOLYED THROUGH MARICOPA COUNTY BOARD
OF SUPERVISORS.

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: <u>FOURTH AMENDMENT</u>
<u>WARRANTLESS SEARCH AND SEIZURE</u>.

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☒ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

<u>ON NOVEMBER 21, 2017 AT APPROXIMATELY 2:10 MID AFTERNOON I WAS STOPED AND FRISK
BY OFFICERS MULLEN EMPLOYED BY THE PHOENIX POLICE DEPARTMENT. OFFICER MULLEN
DID FALSIFIED POLICE REPORTS TO JUSTIFY AN ILLEGAL TRAFFIC STOP. OFFICER MULLEN
CLAIMED I MADE AN ILLEGAL TURN, AND THAT HE SMELLED MARIJUANA, THERE WAS
NO TICKET ISSUED NOR WAS WEED FOUND. OFFICER MULLEN RACIALLY PROFILED ME
AND PULLED ME OVER, IN VIOLATION OF MY U.S.C.A. CONST. 4 AMEND. WITHOUT A WARRANT.
OFFICER'S MULLEN LATER AT THE SUB STATION WENT THROUGH MY CELL PHONE WIT-
OUT A WARRANT INCIDENT TO ARREST. OFFICER MULLEN VIOLATED MY U.S.C.A. CONST.
AMEND. 4. WITHOUT A WARRANT SEARCH MY CAR AND CELL PHONE. BECAUSE OF
MULLEN'S CONDUCT THE INJURY I SUFFERED WAS A INVASION OF PRIVACY IN VIOLATION OF
SECTION 14141 AND UNREASONABLE SEARCH AND SEIZURE, ARREST, AND DETENTION.</u>

<u>OFFICER BYRD SEARCH AND SEIZURE OF MY VEHICLE WITHOUT A WARRANT VIOLATED
MY FOURTH AMENDMENT 18 U.S.C.A. § 2113 BECAUSE OF BYRD'S CONDUCT I SUFFERED
TURN TO MY PRIVACY IN VIOLATION OF SECTION 14141 AND THE FOURTH AMENDMENT.</u>

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

<u>SUB SECTION 11.13 TORT DAMAGES, PAIN AND SUFFERING, LOSS OF EMPLOYMENT,
FALSE LIGHT, INVASION OF PRIVACY UNDUE STRESS MENTAL ANGUISH, INTRUSION
UPON SECLUSION. I SEEK DAMAGES IN THEIR OFFICIAL CAPACITY RULE 12(a)(2) AND INDIVIDUAL
CAPACITY RULE 12(a)(3).</u>

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No
    b.  Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No
    c.  Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>BECAUSE I AM FILING AGAINST PHOENIX POLICE DEPARTMENT 5TH</u>
    <u>AVE HAS NO STANDING IN THIS CASE</u>.

3

1  OFFICER MURPHY VIOLATED MY U.S.C.A. CONST. AMEND. 4 BY FALSIFYING

2  REPORTS OF A ILLEGAL DRUG TRANSACTION CAUSING MY VEHICLE TO BE

3  SEARCH AND SEIZED WITHOUT A WARRANT. BECAUSE OF MURPHY'S

4  ACTIONS I SUFFERED INJURY OF INVASION OF PRIVACY IN VIOLATION

5  OF SECTION 14141 AND UNREASONABLE SEARCH, ARREST, AND

6  DETENTION LACKING PROBABLE CAUSE.

7

8  OFFICER LINKER VIOLATED MY U.S.C.A. CONST. AMEND. 4 BY IMPOUND-

9  ED MY VEHICLE TO THE PROPERTY ANNEX, ALSO HE VERIFIED THE

10 COUNT OF CURRENCY 1,108 DOLLARS TAKEN FROM ME. THUS

11 VIOLATING MY U.S.C.A. CONST. AMEND. 4 BY SEIZING MY

12 CURRENCY WITHOUT PROBABLE CAUSE. DUE TO HIS ACTIONS I

13 SUFFERED INJURY, A INVASION OF PRIVACY IN VIOLATION OF

14 SECTION 14141, UNREASONABLE SEARCH, ARREST, AND DETENTION.

15

16 OFFICER HALE HELP ASSIST IN THE INVESTIGATION, I HAVE NO

17 REPORT THAT WAS WRITTEN BY HIM; HOWEVER I HAVE

18 REQUESTED FOR THOSE REPORTS TO NO AVAIL. OFFICER HALE

19 VIOLATED MY U.S.C.A. CONST. AMEND. 4 WITHOUT A WARRANT

20 BECAUSE OF HALE'S CONDUCT I SUFFERED INVASION OF

21 PRIVACY IN VIOLATION OF SECTION 14141, UNREASONABLE

22 SEARCH, ARREST, AND DETENTION LACKING PROBABLE CAUSE.

23 OR REASONABLE SUSPICION IN VIOLATION OF SECTION 14141

24 AND THE FOURTH AMENDMENT.

25

26

1. OFFICER ZABATKA VIOLATED MY U.S.C.A. CONST AMEND. 4 BY CONDUCT-
2. ING INVENTORY ON THE DRUGS WHICH WEIGH 115 GRAMS, WHEN HE
3. IMPOUND IT  IT WEIGH 117 GRAMS. BECAUSE ZABATKA'S CONDUCT  THE
4. INJURY I SUFFERED WAS INVASION OF PRIVACY IN VIOLATION OF SECTION
5. 14141, UNREASONABLE SEARCH, ARREST, AND DETENTION LACK OF
6. PROBABLE CAUSE.
7.
8. CHIEF WILLIAMS IS COMMANDER OF PHOENIX POLICE DEPARTMENT
9. UNDER THE AUSPICES OF CHIEF WILLIAMS AND COLOR OF LAW SHE
10. IS CULPABLE FOR THE ACTIONS OF THOSE OFFICERS. BECAUSE OF
11. HER INACTIONS I SUFFERED INJURY OF INVASION OF PRIVACY IN
12. VIOLATION OF SECTION 14141, UNREASONABLE SEARCHES, ARREST, AND
13. DETENTION LACKING PROBABLE CAUSE OR REASONABLE SUSPICION
14. IN VIOLATION OF THE FOURTH AMENDMENT.
15.
16. MARICOPA COUNTY BOARD OF SUPERVISORS IS RESPONSIBLE FOR
17. THE OVERSIGHT OF THE PHOENIX POLICE AND FOR FUNDING TO THOSE
18. GOVERNMENTAL ENTITIES AND SAFETY AND DIGNITY OF ITS CITIZENS.
19. THEY ARE RESPONSIBLE FOR LETTING JERI WILLIAMS OFFICERS VIOLATE
20. PLANTIFF'S U.S.C.A. CONST AMEND. 4 WITHOUT A WARRANT TO
21. SEARCH MY PERSON, VEHICLE, AND CELL PHONE. STATING: "THE
22. RIGHT OF THE PEOPLE TO BE SECURE IN THEIR PERSONS, HOUSES,
23. PAPERS, AND EFFECTS AGAINST UNREASONABLE SEARCHES AND
24. SEIZURES, SHALL NOT BE VIOLATED. THE BOARD INACTION LEAD
25. TO THE CONDUCT OF JERI WILLIAMS OFFICERS TO THE MALFEASANCE
26. WITHOUT A WARRANT CAUSING ME INJURY.

3-2

1  I SUFFERED DUE INVASION OF PRIVACY IN VIOLATION OF
2  SECTION 14141, UNREASONABLE SEARCHES, ARREST, AND DETENTION.
3  LACKING PROBABLE CAUSE OR REASONABLE SUSPICION IN VIOLATION
4  OF SECTION 14141 AND THE FOURTH AMENDMENT.
5
6
7
8
9
10
11
12
14
15
16
17
18
19
20
21
22
23
24
25
26

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Count II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    - ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    - ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion      ☐ Retaliation
    - ☐ Excessive force by an officer    ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count II?    ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?    ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____.

## COUNT III

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities      ☐ Mail      ☐ Access to the court     ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety  ☐ Other: _____.

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.   **Administrative Remedies.**
    a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
    b.   Did you submit a request for administrative relief on Count III?    ☐ Yes    ☐ No
    c.   Did you appeal your request for relief on Count III to the highest level?    ☐ Yes    ☐ No
    d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

PLAINTIFF SEEKS 2.5 MILLION U.S. CURRENCY. THAT DISPOSITION BE MADE A.R.S. § 13-4314
AND 13-4318 ACTIONABLE UNDER 42 U.S.C.A. § 1983 UNREASABLE SEARCHES, ARREST, AND
DETENTION LACKING PROBABLE CAUSE OR REASONABLE SUSPICION IN VIOLATION OF
SECTION 14141 AND THE FOURTH AMENDMENT. JERI WILLIAMS IN VIOLATION OF PLAINTIFF IN-
VASION OF PRIVACY OF SECTION 14141 AND FOURTH AMEND), DUSTEN MULLEN IN VIOLATION OF
PLAINTIFF'S INVASION OF PRIVACY SECTION 14141 AND FOURTH AMEND. DAVID MURPHY IN VIO-
LATION OF PRIVACY SECTION 14141 FOURTH AMEND. SCOTT LINKER IN VIOLATION OF PRIVACY 4TH
AMEND.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8-5-19
              DATE

_Ernest Darnell Wall_
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may
attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable.
If you attach additional pages, be sure to identify which section of the complaint is being continued and number
all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE

## INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date   <u>8/5/2019</u>

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___  Hon _____   United States District Court, District of Arizona.

___  Hon _____   United States District Court, District of Arizona.

___  Attorney General, State of Arizona, _____

___  Judge _____   Superior Court, Maricopa County, State of Arizona.

___  County Attorney, Maricopa County, State of Arizona _____

___  Public Defender, Maricopa County, State of Arizona _____

___  Attorney _____

___  Other _____

___  _____

___  _____

_R.R._

| _____ | B3846 |
|---|---|
| Legal Support Specialist Signature | S/N |

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009